UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FELY P. MABUTAS,<br><br>        Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., et al.,<br><br>        Defendants. | 2:11-CV-1771 JCM (PAL) |

**ORDER**

Presently before the court is defendant U.S. Bank National Association's petition to remove the instant case from Nevada District Court to the United States District Court for the District of Nevada. (Doc. 1).

After reviewing the exhibits attached to the petition for removal, this court notes that the state court issued a temporary restraining order in this case on October 31, 2011. The state court was to hold a hearing on the motion for preliminary injunction on November 9, 2011. The TRO required defendants to file any opposition to the motion for a preliminary injunction on or before November 7, 2011.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

This court will hear the motion for a preliminary injunction on Wednesday, November 16, 2011. The state court TRO shall continue until that date. Defendants must file any opposition to the motion for preliminary injunction by Wednesday, November 9, 2011. Plaintiff shall have until Monday, November 14, 2011, to file a reply thereto.

IT IS SO ORDERED.

DATED November 8, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -