Michael J. Nuñez (SBN 10703)
**MURCHISON & CUMMING, LLP**
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
E-Mail:   mnunez@murchisonlaw.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia Company,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER INSURANCE SERVICES, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:11-CV-01466<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH FRCP 26(f) AND LR 26-1(e)**<br><br>Complaint Filed:   September 12, 2011<br>Discovery Cut-Off:   None<br>Motion Cut-Off:   None<br>Trial Date:   None |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Local Rule 26-1, Plaintiff PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG ("Plaintiff" or "PROBUILDERS") and Defendant, HUNTER INSURANCE SERVICES ("Defendant" or "HUNTER"), by and through their respective counsel of record, hereby submit this joint Rule 26(f) Report ("Discovery Plan").

## I.

## INITIAL DISCLOSURES [Rule 26(f)(3)(A)]

The parties agree that no changes should be made to the timing, form, or requirement for disclosures under FRCP 26(a). Plaintiff and Defendant agree to exchange initial disclosures

by December 16, 2011. The parties will exchange a list of potential witnesses, documents or categories of documents available for inspection and copying, and categories of damages, and Defendant will identify any insurance policy that may satisfy part of a judgment that may be entered in the action.

## II.

## POTENTIAL WITNESSES [Fed. R. Civ. P. 26(a)(1)(A)]

The parties submit this disclosure statement pursuant to Rule 26 of the Federal Rules of Civil Procedure. Pursuant to Fed. R. Civ. P. 26(e), the parties reserves their right to supplement the disclosures made herein as discovery and plaintiff's investigation progress.

1. PMK of Hunter Insurance Services, Inc.
   c/o Murchison & Cumming, LLP
   Michael J. Nuñez, Esq.
   6900 Westcliff Drive, Suite 605
   Las Vegas, Nevada 89145

Person Most Knowledgeable is expected to testify as to the facts and circumstances surrounding the alleged incident which is the subject of this lawsuit.

2. Angela White
   c/o Murchison & Cumming, LLP
   Michael J. Nunez, Esq.
   6900 Westcliff Drive, Suite 605
   Las Vegas, Nevada 89145

Ms. White is expected to testify as to the facts and circumstances surrounding the alleged incident which is the subject of this lawsuit.

3. Mark Hunter
   c/o Murchison & Cumming, LLP
   Michael J. Nunez, Esq.
   6900 Westcliff Drive, Suite 605
   Las Vegas, Nevada 89145

Mr. Hunter is expected to testify as to the facts and circumstances surrounding the alleged incident which is the subject of this lawsuit.

4. PMK of ProBuilders Specialty Insurance Services, RRG
   c/o Branson Brinkop Griffith & Strong
   Harry Griffith, Esq.
   643 Bair Island Rd, Suite 400
   Redwood City, CA 94063

PMK for ProBuilders Specialty Insurance Services, is expected to testify as to the facts and circumstances surrounding the alleged incident which is the subject of this lawsuit.

5.   All witnesses disclosed by any other party.

Discovery is continuing and, therefore, the parties reserve the right to supplement this disclosure as additional facts are discovered.

### III.
### DOCUMENTS [Fed. R. Civ. P. 26(a)(1)(B)]

The parties will make available those non-privileged, relevant documents that are in their possession, custody or control.

### IV.
### DISCOVERY PLAN [Rule 26(f)(3)(B)]

Discovery is needed for all issues raised in plaintiff's complaint and defendant's answers. Because Defendant's Answer was filed on October 26, 2011, the discovery cut-off date is as follows:

A.   Discovery Cut-Off LR 26-1(e)(1):  April 24, 2012

### V.
### DISCLOSURE OR DISCOVERY OF ELECTRONICALLY-STORED INFORMATION [Rule 26(f)(3)(C)]

The parties are unaware of any issues regarding the disclosure or discovery of electronically-stored information at this point.

### VI.
### CLAIMS OF PRIVILEGE OR PROTECTION [Rule 26(f)(3)(D)]

The parties are unaware of any issues requiring a protective order at this time.

### VII.
### APPLICABLE DEADLINES

A.   <u>Amending pleadings and adding parties</u> [LR 26-1(e)(2)]:  January 24, 2012.

B.   <u>Expert disclosures</u> [LR 26-1(e)(3)]

1.  **Initial Expert Disclosures:** February 23, 2012.
2.  **Rebuttal Expert Disclosures:** March 26, 2012.

C. **Discovery Cut-Off** [LR 26-1(e)(1)]: April 24, 2012.

D. **Dispositive Motions** [LR 26-1(e)(4)]: May 23, 2012.

E. **Joint Pre-Trial Order** [LR 26-1(e)(5)]: June 22, 2012.

DATED: December 5, 2011

**MURCHISON & CUMMING, LLP**

By _____
Michael J. Nuñez, Esq.
Nevada Bar No. 10307
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Attorneys for Hunter Insurance Services, Inc.

DATED: December 5, 2011

**BRANSON BRINKOP GRIFFITH & STRONG LLP**

By _____
Michele O. Blais, Esq.
California Bar No. 157132
643 Bair Island Road
Two Embarcadero Center, Suite 1800
Redwood City, CA 94063
Attorneys for ProBuilders Specialty Insurance Services, RRG.

**IT IS SO ORDERED**

DATED: December _7th_, 2011

_____
United States Judge