## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FELY B. MABUTAS,

        Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,

        Defendants.

2:11-CV-1771 JCM (PAL)

### ORDER

Presently before the court is plaintiff Fely Mabus's motion motion to certify a question to the Nevada Supreme Court. (Doc. #26). Defendants have filed an opposition (doc. #39), to which plaintiff has replied (doc. #43).

For the reasons stated in this court's order denying the same motion in *Fernando v. MortgageIT, et al.*, case number 2:11-cv-01352-JCM-GWF, this court DENIES plaintiff's motion.

IT IS SO ORDERED.

DATED May 4, 2012.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**